UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 18, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGUSTIN GONZALEZ<br><br>Defendant. | Case No. 2:24-mj-0005-3 DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AGUSTIN GONZALEZ Case No. 2:24-mj-0005-3 DB Charges 21 USC §§ 846, 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $   $100,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Defendant to be RELEASED on FORTHWITH.

Issued at Sacramento, California on January 18, 2024 at 2:04 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney